UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-106-WWB-LHP
    18 U.S.C. § 922(g)(1)

ANTHONY QUANTARIUS BROOKS

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 4, 2022, in the Middle District of Florida, the defendant,

ANTHONY QUANTARIUS BROOKS,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Robbery, on or about June 3, 2022,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Glock pistol and Sarsilmaz ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Glock 19 generation 5, 9-millimeter handgun, serial number BVKM673; and 9-millimeter ammunition, all of which was seized on June 4, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Courtney D. Richardson-Jones
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ANTHONY QUANTARIUS BROOKS

## INDICTMENT

Violation: 18 U.S.C. § 922(g)(1)

A true bill,

███████████████████████

Filed in open court this 6th day

of July, 2022.

_____Rodrig_____
Clerk

Bail  $_____